# COMPLAINT
(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED
2023 OCT -3 P :. 00
CLERK OF COURT

(Full name of plaintiff(s))

Briana D Fuller-Carter - deceased
Denise A Fuller - legal gaurdianing

v.

Case Number: 23-C-1307
(to be supplied by Clerk of Court)

(Full name of defendant(s))

Dr. J. Patel
Nurse Ashely
Froedtert Hospital
Medical College of Wisconsin

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__ and resides at
   (State)
   __3810 North 18th Street Milw WI 53206__
   (Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __Dr J Patel Nurse Ashely Froedtert Hospital Medical College of WI__
   (Name)

Complaint – 1

is (if a person or private corporation) a citizen of __Wisconsin__
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)
worked for __Froedtert Hospital & Medical College of WI__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Dr. S. Patel, Nurse Ashely Froedtert Hospital Medical College of WI. Dr. J Patel- caused fluid over load, dinied asked services, DNR againt guardian request didnt provide, one on one supervision. Committed conflict of interest. Expressed Briana life was not worth saving. Nurse Ashely left Briana unattended on dialysis. The machine stopped circulating alarmed. I called Nurse Ashely phone two time she did not answer my

Complaint – 2

Call I then called the Nurse station two times which informed me Nurse Ashely was with another patient. I stated that the dialysis machine was alarming. It took Nurse Ashely seventeen minutes to return. She restarted the machine againts tandard protocal and procedures. The Next morning the acess had to be replaced. I was not told or did I concent. They started test for DVT and still not informed. I video the incident. Froedtert Hospital & Medical College of WI allowed bruises, lacerations and injuries to Briana face, torso, lower stomach. September 13, 2021 to October 3, 2021 at Froedtert Hospital & Medical College, 900 N 92nd Street Milw WI 53226 Briana was disabled, AFro American Several complaints were filed and they had been informed that letters had been wrote to politicans. The Family was made aware that her life was not worth saving..

Complaint – 3

C.  JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ _____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

A award of money for misconduct of not abaying policy their oath procedures volating civil and disability rights.
Retraining staff stop 18 USC. section 241 monitor the activity of and of the staff better. Enforce universal precaution not to violate HIPPA.

Complaint – 4

E.  JURY DEMAND

I want a jury to hear my case.

☐ – YES        ☒ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __3__ day of __October__ 20__23__.

Respectfully Submitted,

_(signature)_
Signature of Plaintiff

__414 808 8227__
Plaintiff's Telephone Number

__bredefulful@gmail.com__
Plaintiff's Email Address

__3810 N 18th St__

__Milw WI 53206__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.